**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
　　　　　　　　nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WESTERN EXPLOSIVES SYSTEMS COMPANY, a Delaware corporation,<br><br>　　　　　　Defendant. | Case No.: 2:19-cv-00531-JCM-DJA<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** |

/ / /

Pursuant to Local Rule IA 11-6(c), Plaintiffs, through their counsel of record The Urban Law Firm, hereby stipulate and respectfully request that the Court allow the withdrawal of The Urban Law Firm and substitution of Brownstein Hyatt Farber Schreck, LLP as counsel of record for Plaintiffs.

Dated: July 31, 2019　　　　　　　**THE URBAN LAW FIRM**

　　　　　　　　　　　　　　　　　*/s/ Nathan R. Ring*
　　　　　　　　　　　　　　　　　Michael A. Urban, Esq., Nevada Bar No. 3875
　　　　　　　　　　　　　　　　　Nathan R. Ring, Esq. Nevada State Bar No. 12078
　　　　　　　　　　　　　　　　　4270 S. Decatur Blvd., Suite A-9
　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89103
　　　　　　　　　　　　　　　　　Telephone: (702) 968-8087
　　　　　　　　　　　　　　　　　Facsimile: (702) 968-8088
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Dated: July 31, 2019　　　　　　　**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

　　　　　　　　　　　　　　　　　/s/ Adam P. Segal
　　　　　　　　　　　　　　　　　Adam P. Segal, Esq., Nevada Bar No. 6120
　　　　　　　　　　　　　　　　　Christopher M. Humes, Esq., Nevada Bar No. 12782
　　　　　　　　　　　　　　　　　100 North City Parkway, Suite 1600
　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89106-4614
　　　　　　　　　　　　　　　　　Telephone: (702) 382-2101
　　　　　　　　　　　　　　　　　Facsimile: (702) 382-8135
　　　　　　　　　　　　　　　　　*Substituting Attorney for Plaintiffs*

Dated: July 31, 2019　　　　　　　/s/ Thomas White
　　　　　　　　　　　　　　　　　Thomas White, Chairman
　　　　　　　　　　　　　　　　　Laborers Joint Trust Funds
　　　　　　　　　　　　　　　　　2345 Red Rock Street, Suite 300
　　　　　　　　　　　　　　　　　Las Vegas, NV 89146
　　　　　　　　　　　　　　　　　Telephone: (702) 318-6760
　　　　　　　　　　　　　　　　　Facsimile: (702) 318-6761
　　　　　　　　　　　　　　　　　*On behalf of the Plaintiffs*

Dated:　　　　　　　　　　　　　**IT IS SO ORDERED**:

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of The Urban Law Firm and that on this 5th day of August, 2019, I served a true copy of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** upon the following parties:

A.  Via the Court's CM/ECF filing system:

Adam P. Segal
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Christopher M. Humes
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Dustin L. Clark, Esq.
Clark Law Counsel
11700 W. Charleston Blvd. #170-479
Las Vegas, NV 89135
*Dustin@clarklawcounsel.com*
*Counsel for Defendants*

B.  By First Class Mail, Postage paid to:

I declare under penalty of perjury that the foregoing is true and correct.

                    */s/ April Denni*
                 An employee of The Urban Law Firm