Adam P. Segal, Esq., Nevada Bar No. 6120
Christopher M. Humes, Esq., Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
       chumes@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br>Plaintiff, <br><br>v. <br><br>WESTERN EXPLOSIVES SYSTEMS COMPANY, a Delaware corporation, <br><br>Defendant. | CASE NO.: 2:19-cv-00531-JCM-DJA <br><br><br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Trust Funds") and Defendant Western Explosives Systems Company ("WESCO"), by and through their undersigned counsels of record, stipulate and agree to dismiss

19813107                                                    4

1  this action without prejudice, each party to bear its own fees and costs.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | CLARK LAW COUNSEL PLLC |
|---|---|
| /s/ Christopher M. Humes | /s/ Dustin L. Clark |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada  89106-4614 | Dustin L. Clark<br>Nevada Bar No. 10548<br>11700 W. Charleston Blvd., #170-479<br>Las Vegas, Nevada 89135 |
| *Attorneys for Trust Funds* | *Attorney for WESCO* |
| Dated: October 3, 2019. | Dated: October 3, 2019. |